IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-001091-MSK-CBS

NINA KINTZ,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, and
PROGRESSIVE CASUALTY INSURANCE COMPANY,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

Dated this 24th day of May, 2007

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge