UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01091 – RPM - CBS

NINA KINTZ,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY and
PROGRESSIVE CASUALTY INSURANCE COMPANY,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Upon consideration of the Stipulated Motion for Dismissal With Prejudice [12] filed by the parties, it is

ORDERED that this case is dismissed with prejudice, each party to pay its own attorney fees and costs.

Dated: January 23rd, 2008          Richard P. Matsch
                                           _____
                                           DISTRICT COURT JUDGE